# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-06506-SK | Date | April 27, 2021 |
|---|---|---|---|
| Title | Wayne Leonard Jones v. Andrew M. Saul | | |

**Present: The Honorable**  Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**  (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: SANCTIONS**

    Plaintiff's counsel, Suzanne Leidner, is ordered to show cause in writing by no later than **May 18, 2021** why sanctions--including involuntary dismissal for failure to prosecute--should not be imposed for Plaintiff's failure to comply with the deadlines in the Court's scheduling order.  This order may be discharged upon the filing of either a notice of substitution of retained counsel for Plaintiff on Form G-01 or a sworn declaration by Ms. Leidner attesting that settlement proposals have been exchanged in writing with government counsel, as ordered.  Ms. Leidner must also serve a copy of this order on Plaintiff by certified mail immediately and then file a proof of that service with the Court by no later than May 18, 2021.  All other deadlines are stayed pending Ms. Leidner's response to this order.  Failure to comply with this order may result in involuntary dismissal without further notice, as well as monetary sanctions against Plaintiff's counsel personally.